Elizabeth Lankford, Appellant, v. Annie E. Thornton, as Legatee and as Executrix, etc., of David Thornton, Deceased, and Others, Defendants, Impleaded with Charles J. McDermott, Respondent. — Order modified by striking therefrom the provision sustaining the demurrer, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Siegmund Nathan, Appellant, v. William H. Woolverton, as President of the New York Transfer Company, Respondent. — Judgment and order

unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Henry Palmer and Fannie Shepard, Appellants, v. William J. Driver and Eugene B. Stacy, Individually and as Trustees and Executors, etc., of Emma Rogers, Deceased, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.